In re James Julius JACKSON, Debtor.

James Julius JACKSON, Plaintiff–Appellant,

v.

WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, Defendant–Appellee,

and

Robert Trumble, Trustee–Appellee.

No. 01–2007.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.

James Julius Jackson, Pro Se. Tracey Brown Dawson, Steptoe & Johnson, Martinsburg, West Virginia; Robert Trumble, McNeer, Highland & McMunn, Martinsburg, West Virginia, for Appellees.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

James Julius Jackson appeals from the district court's order affirming the bankruptcy court's dismissal of his adversary proceeding. We have reviewed the record, the district court's opinion, and the bankruptcy court's opinion and find no revers-

**320**

ible error. Accordingly, we affirm on the reasoning of the district court. *See Jackson v. West VA Dep't Health & Human Resources,* Nos. CA–01–27; AP–00–3175; BK–00–32337 (N.D.W.Va. July 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*